**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS (State Bar No. 176682)
cwr@tradeandcargo.com
5777 West Century Boulevard, Suite 1410
Los Angeles, CA 90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. D/B/A TRANSGROUP INTERNATIONAL AND TRANSGROUP WORLDWIDE LOGISTICS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRANSFAIR NORTH AMERICA INTERNATIONAL FREIGHT SERVICES, INC. D/B/A TRANSGROUP INTERNATIONAL AND TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiffs,<br><br>vs.<br><br>ETERNITY MEMORIALS, INC.,<br><br>Defendant. | **Case No. CV10-2803 GAF (JCx)**<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 55(b), L.R. 55-1, 55-2]<br><br>COURTROOM: 740 – Roybal<br><br>JUDGE: Hon. Gary A. Feess |

Plaintiffs Transfair North America International Freight Services, Inc. d/b/a Transgroup International and Transgroup Worldwide Logistics (collectively, "Transgroup") have properly served defendant Eternity Memorials, Inc. ("Eternity") with a copy of the summons and first amended complaint in the above-captioned action. Eternity has failed to answer the first amended complaint or appear and defend the action within the time allowed by law. On June 3, 2010, the Clerk of the Court entered Eternity's default upon Transgroup's application.

The Court, having considered Transgroup's supporting declaration, hereby enters judgment in favor of Transgroup and against Eternity in the amount of **$19,050.96** which consists of the following:

1. Damages: $18,893.52
2. 10% Interest: $157.44

**TOTAL:** **$19,050.96**

IT IS SO ORDERED.

Dated: October 15, 2010

_____
Hon. Gary A. Feess
United States District Judge

C:\Temp\notesFFF692\MDJ-proposed judgment.doc JUDGMENT